JUDGE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>JAMES GREGORY CAMERON,<br><br>  Defendant. | NO. CR08-244-RSL<br><br>ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL AND FOR APPOINTMENT OF CJA COUNSEL<br><br>~~(PROPOSED)~~ |

THIS COURT has reviewed the Motion to Withdraw as Counsel and the *ex parte* Declaration by Assistant Federal Public Defender Gregory Murphy for withdrawal and substitution of CJA counsel, and has reviewed the records and files herein.

IT IS NOW THEREFORE ORDERED that the Federal Public Defender is allowed to withdraw as counsel for James Gregory Cameron based on a conflict of interest. The CJA Administrator is directed to immediately appoint substitute counsel for Mr. Cameron.

DONE this 16th day of May, 2018.

*[signature]*
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by,

s/ *Gregory T. Murphy*
GREGORY T. MURPHY
Assistant Federal Public Defender
Attorney for James Gregory Cameron

ORDER GRANTING MOTION
TO WITHDRAW AS COUNSEL
AND FOR APPOINTMENT
OF CJA COUNSEL - 1
(James Gregory Cameron, CR08-244-RSL)

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100